No. D–1199. IN RE DISBARMENT OF KIRK. Disbarment entered. [For earlier order herein, see 506 U. S. 950.]

No. D–1214. IN RE DISBARMENT OF BODELL. Disbarment entered. [For earlier order herein, see 506 U. S. 995.]

No. D–1245. IN RE DISBARMENT OF COHEN. It is ordered that Harold Murray Cohen, of Secaucus, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 119, Orig. CONNECTICUT ET AL. v. NEW HAMPSHIRE. Motion of the Special Master for award of fees and disbursements granted, and the Special Master is awarded a total of $129,031 to be paid as follows: Connecticut, Massachusetts, and Rhode Island to each pay $14,336.78 and New Hampshire and the intervening utilities to each pay $43,010.33. JUSTICE SOUTER took no part in the consideration or decision of this motion. [For earlier order herein, see, e. g., 506 U. S. 1090.]

No. 92–311. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES v. SCHAEFER. C. A. 8th Cir. [Certiorari granted sub nom. Sullivan v. Schaefer, 506 U. S. 997.] Motion of the Acting Solicitor General to permit William K. Kelley, Esq., to present oral argument pro hac vice granted.

No. 92–351. HELLER, SECRETARY, KENTUCKY CABINET FOR HUMAN RESOURCES v. DOE, BY HIS MOTHER AND NEXT FRIEND, DOE, ET AL. C. A. 6th Cir. [Certiorari granted, 506 U. S. 939.] Motion of petitioner for leave to file a reply brief out of time granted.

No. 92–1012. SIMPSON PAPER (VERMONT) CO. v. DEPARTMENT OF ENVIRONMENTAL CONSERVATION ET AL. Sup. Ct. Vt. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 92–7241. DEMOS v. WASHINGTON. C. A. 9th Cir.; and
No. 92–7242. DEMOS v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Motions of petitioner for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioner is allowed until March 29, 1993, within which to pay the docketing fees required by Rule 38(a) and to